UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNDIAL PARTNERS, INC.,

    Plaintiff,

v.                                        CASE NO. 8:15-cv-861-T-23JSS

ATLANTIC STREET CAPITAL
MANAGEMENT LLC,

    Defendant.
_____/

**<u>ORDER</u>**

A March 11, 2016 order grants the defendant's motion (Doc. 17) to compel arbitration. The parties no longer prosecute this action. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 23, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE